**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Christopher Lee Langley and Joy Renee Langley,
Husband and Wife, Respondents,

v.

Ryan Gist, Birth Father, Appellant.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2018-001357

────────────

Appeal From Spartanburg County
Phillip K. Sinclair, Family Court Judge

────────────

Unpublished Opinion No. 2019-UP-181
Submitted May 15, 2019 – Filed May 21, 2019

────────────

**AFFIRMED**

────────────

Kimberly Yancey Brooks, of Kimberly Y. Brooks,
Attorney at Law, of Greenville, for Appellant.

Raymond William Godwin, of Raymond W. Godwin,
Attorney at Law, PC, of Greenville, for Respondents.

Stephen A. Yacobi, of Yacobi Law Firm, of Greenville,
for the Guardian ad Litem.

**PER CURIAM:**  Ryan Gist appeals the family court's final order terminating his parental rights to his minor child.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2018). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing.  Accordingly, we affirm the family court's ruling and relieve Gist's counsel.

**AFFIRMED.**[1]

**WILLIAMS, GEATHERS, and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.